IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Lonnie Daniels,
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 06-1064-HA
ORDER

      Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4917.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are allowed.

DATED this __3__ day of __Dec__, 2007.

Ancer Haggerty
United States District Judge